IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARIE PAPALE                                                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO: 1:09cv611 HSO-JMR

THE UNITED STATES OF AMERICA                                              DEFENDANT

## FINAL JUDGMENT

THIS CAUSE came before the Court on October 28, 2010, for trial without a jury.  Pursuant to the Findings of Fact and Conclusions of Law entered in this cause on this date, which are incorporated herein by reference, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that, judgment is rendered in favor of Plaintiff Marie Papale, in the total amount of $240,000.00.

**SO ORDERED AND ADJUDGED**, this the 3rd day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE